IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Farkas, Floyd Arther | Case Number: 04 B 11931 |
|---|---|---|
| | Farkas, Karen Louise | Judge: Goldgar, A. Benjamin |
| | Printed: 9/23/08 | Filed: 3/25/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  September 5, 2008
Confirmed:  May 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 36,456.73 | |
| Secured: | | 19,799.99 |
| Unsecured: | | 9,991.85 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,713.10 |
| Other Funds: | | 2,251.79 |
| Totals: | 36,456.73 | 36,456.73 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Triad Financial Services | Secured | 19,399.99 | 19,399.99 |
| 3. | Triad Financial Services | Secured | 400.00 | 400.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 979.13 | 2,835.92 |
| 5. | Triad Financial Services | Unsecured | 180.61 | 0.00 |
| 6. | Nicor Gas | Unsecured | 147.23 | 426.41 |
| 7. | Capital One | Unsecured | 145.02 | 420.03 |
| 8. | Discover Financial Services | Unsecured | 1,856.84 | 5,378.11 |
| 9. | Mutual Hospital Services/Alverno | Unsecured | 282.95 | 819.50 |
| 10. | University Anesthesiologists | Unsecured | 38.63 | 111.88 |
| 11. | Citibank | Unsecured | | No Claim Filed |
| 12. | Excel LLC | Unsecured | | No Claim Filed |
| 13. | Dr J McCormick | Unsecured | | No Claim Filed |
| 14. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 15. | First USA Bank/Lomas Bank | Unsecured | | No Claim Filed |
| 16. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 17. | Michael C Hutchinson DDS | Unsecured | | No Claim Filed |
| 18. | Jewel Osco | Unsecured | | No Claim Filed |
| 19. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 20. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 21. | Sleep Diagnostics | Unsecured | | No Claim Filed |
| 22. | Neurology Associates LTD | Unsecured | | No Claim Filed |
| 23. | University Head And Neck Assoc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 26,130.40 | $ 32,491.84 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Farkas, Floyd Arther | Case Number: 04 B 11931 |
|---|---|---|
| | Farkas, Karen Louise | Judge: Goldgar, A. Benjamin |
| | Printed: 9/23/08 | Filed: 3/25/04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 148.55 |
| 6.5% | 300.33 |
| 3% | 99.56 |
| 5.5% | 355.22 |
| 5% | 116.24 |
| 4.8% | 187.90 |
| 5.4% | 505.30 |
| | _____ |
| | $ 1,713.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

